**IT IS ORDERED as set forth below:**



**Date: May 21, 2026**

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

| In re:<br><br>WAIKOLOA VILLAGE LOFTS WEST, LLC,<br><br>     Debtor. | Chapter 11<br><br>Case No. 26-20761-JRS |
|---|---|
| In re:<br><br>FLETCHER K, LLC,<br><br>     Debtor. | Chapter 11<br><br>Case No. 26-20774-JRS |
| In re:<br><br>GARY L. PINKSTON,<br><br>     Debtor. | Chapter 11<br><br>Case No. 26-20779-JRS |

| In re: | Chapter 11 |
|---|---|
| HAWAII REAL ESTATE DEVELOPMENT, LLC, <br><br> Debtor. | Case No. 26-20776-JRS |
| In re: | Chapter 11 |
| KUKUIULA VISTAS, LLC, <br><br> Debtor. | Case No. 26-20770-JRS |
| In re: | Chapter 11 |
| MP ELK GROVE, LLC, <br><br> Debtor. | Case No. 26-20765-JRS |
| In re: | Chapter 11 |
| MP ELKO II, LLC, <br><br> Debtor. | Case No. 26-20769-JRS |
| In re: | Chapter 11 |
| MP KAUAI HH DEVELOPMENT FUND, LLC, <br><br> Debtor. | Case No. 26-20763-JRS |
| In re: | Chapter 11 |
| MP KAUAI QOZ FUND, LLC, <br><br> Debtor. | Case No. 26-20775-JRS |
| In re: | Chapter 11 |
| MP MODESTO, LLC, <br><br> Debtor. | Case No. 26-20766-JRS |

| In re: | Chapter 11 |
|---|---|
| TC CLOVIS, LLC, | Case No. 26-20762-JRS |
| Debtor. | |
| In re: | Chapter 11 |
| THE GARY AND JANICE PINKSTON FAMILY TRUST, | Case No. 26-20777-JRS |
| Debtor. | |
| In re: | Chapter 11 |
| WAIKOLOA VILLAGE HOTEL CWS, LLC, | Case No. 26-20771-JRS |
| Debtor. | |
| In re: | Chapter 11 |
| WAIKOLOA VILLAGE HOTEL HIE, LLC, | Case No. 26-20772-JRS |
| Debtor. | |
| In re: | Chapter 11 |
| WAIKOLOA VILLAGE LOFTS SOUTH, LLC, | Case No. 26-20773-JRS |
| Debtor. | |
| In re: | Chapter 11 |
| WAIPAHU PROPERTIES, LLC, | Case No. 26-20768-JRS |
| Debtor. | |
| In re: | Chapter 11 |
| WAIPAHU, LLC, | Case No. 26-20767-JRS |
| Debtor. | |
| | |

3

| In re: | Chapter 11 |
|---|---|
| WILLOW PLAZA, LLC, | Case No. 26-20764-JRS |
| Debtor. | |
| In re: | Chapter 11 |
| 5425 PAU A LAKA, LLC, | Case No. 26-20778-JRS |
| Debtor. | |

### ORDER AUTHORIZING AND DIRECTING THE JOINT ADMINISTRATION OF THE DEBTORS' CHAPTER 11 CASES FOR PROCEDURAL PURPOSES ONLY

This matter came before the Court on May 19, 2026 for hearing (the "**Hearing**") on the above-captioned Debtors' Motion for Entry of an Order Authorizing and Directing the Joint Administration of Debtors' Chapter 11 Cases for Procedural Purposes (the "**Motion**")[1]; and it appearing that this Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that venue of these Chapter 11 Cases and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this is a core matter pursuant to 28 U.S.C. § 157(b)(2); and this Court having determined that the relief requested in the Motion is in the best interests of Debtors, their estates, their creditors and other parties-in-interest; and it appearing that proper and adequate notice of the Motion has been given; and that, except as otherwise ordered herein, no other or further notice is necessary; and based upon consideration of the Motion, representations of counsel at the Hearing, and all other matters of record,

**IT IS HEREBY ORDERED THAT:**

1.      The Motion is GRANTED as set forth herein.

---

[1]      Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

4

2.     Pursuant to Bankruptcy Rule 1015(b), the above-captioned Chapter 11 Cases are hereby consolidated for procedural purposes only and shall be jointly administered by this Court.

3.     Nothing contained in this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of the above-captioned Chapter 11 Cases, and this Order shall be without prejudice to the rights of the Debtors to seek entry of an order substantively consolidating their respective cases.

4.     The caption of the Debtors' jointly administered cases shall read as follows:

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | |
|---|---|
| **In Re:** | **CASE NO. 26-20761-JRS** |
| **WAIKOLOA VILLAGE LOFTS WEST, LLC,** *et al*, | **CHAPTER 11** |
| **Debtors.** | **WAIPAHU PROPERTIES, LLC** **WAIPAHU, LLC** **WILLOW PLAZA, LLC** |
| | **Jointly Administered[2]** |

5.     All original docket entries shall be made in the case of Waikoloa Village Lofts West, LLC, Case No. 26-20761-JRS, and a docket entry shall be made in each of the Debtors' Chapter 11 Cases substantially as follows:

> An order (the "**Joint Administration Order**") has been entered in this case directing the joint administration of the chapter 11 cases listed below under Case No. 26-20761-JRS. The docket in Case No. 26-20761-JRS should be consulted for all matters affecting this

---

[2] Non-operating Debtors are **5425 PAU A LAKA, LLC, FLETCHER K, LLC, GARY L. PINKSTON, HAWAII REAL ESTATE DEVELOPMENT, LLC, KUKUIULA VISTAS, LLC, MP ELK GROVE, LLC, MP ELKO II, LLC, MP KAUAI HH DEVELOPMENT FUND, LLC, MP KAUAI QOZ FUND, LLC, MP MODESTO, LLC, TC CLOVIS, LLC, THE GARY & JANICE PINKSTON FAMILY TRUST, WAIKOLOA VILLAGE HOTEL CWS, LLC, WAIKOLOA VILLAGE HOTEL HIE, LLC,** and **WAIKOLOA VILLAGE LOFTS SOUTH, LLC.**

case. The following chapter 11 cases are jointly administered pursuant to the Joint Administration Order: Case No. 26-20762-JRS; Case No. 26-20763-JRS; Case No. 26-20764-JRS; Case No. 26-20765-JRS; Case No. 26-20766-JRS; Case No. 26-20767-JRS; Case No. 26-20768-JRS; Case No. 26-20769-JRS; Case No. 26-20770-JRS; Case No. 26-20771-JRS; Case No. 26-20772-JR; Case No. 26-20773-JRS; Case No. 26-20774-JRS; Case No. 26-20775-JRS; Case No. 26-20776-JRS; Case No. 26-20777-JRS; Case No. 26-20778-JRS; and Case No. 26-20779-JRS.

6.      Debtors are authorized to use a combined service list for the jointly administered Chapter 11 Cases and combined notices shall be sent to creditors of Debtors' estates.

7.      All filings in the jointly administered cases, with the exception of (a) each Debtor's schedules and statement of financial affairs (which each Debtor shall file separately on each Debtor's respective bankruptcy docket); (b) proofs of claim (which creditors shall file separately per Debtor in each Debtor's respective bankruptcy case); (c) monthly operating reports and post confirmation reports (which each Debtor shall file separately on each Debtor's respective bankruptcy docket); (d) status reports (which each Debtor shall file separately on each Debtor's respective bankruptcy docket); (e) any proposed plan of reorganization or liquidation and disclosure statement wherein only one of Debtors is a plan proponent or the proposal is only as to a single Debtor (which the plan proponent shall file on the bankruptcy docket for the applicable Debtor); and (f) final reports and applications for final decrees (which each Debtor shall file separately on each Debtor's respective bankruptcy docket) shall hereafter be filed in the case of Waikoloa Village Lofts West, LLC, Case No. 26-20761-JRS.

7.      Counsel for Debtors shall serve a copy of this Order on the United States Trustee and all parties listed on the matrices filed in Debtors' cases within three (3) business days of entry of this Order.

### END OF ORDER ###

6

**Prepared and presented by:**

**ROUNTREE LEITMAN & KLEIN, LLC**

*/s/ Ceci Christy*
Ceci Christy
Georgia Bar No. 370092
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329
(404) 584-1238 Telephone
wgeer@rlkglaw.com
*Proposed Attorneys Debtors*

**Reviewed by:**

/s/ *David S. Weidenbaum*
David S. Weidenbaum
Georgia Bar No. 745892
Office of the U.S. Trustee
362 Richard B. Russell Bldg.
75 Ted Turner Drive, SW
Atlanta, GA 30303
(404) 331-4705
david.s.weidenbaum@usdoj.gov